**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| INNOVATIVE AUTOMATION LLC,<br><br>      Plaintiff,<br><br>v.<br><br>DISNEY ONLINE INC.,<br><br>      Defendant. | Case No. 2:15-cv-1336<br><br>JURY TRIAL DEMANDED |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF CLAIMS AGAINST DISNEY ONLINE, INC.**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Innovative Automation, LLC hereby dismisses its claims against Disney Online, Inc. without prejudice.

This dismissal does not affect any of Innovative Automation's claims currently pending against any other defendant.

Dated: August 25, 2015.　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Charles Ainsworth*
　　　　　　　　　　　　　　　　　　　　Adam J. Gutride, Esq.
　　　　　　　　　　　　　　　　　　　　Seth A. Safier, Esq.
　　　　　　　　　　　　　　　　　　　　Todd Kennedy, Esq.
　　　　　　　　　　　　　　　　　　　　Anthony J. Patek, Esq.
　　　　　　　　　　　　　　　　　　　　Marie A. McCrary, Esq.
　　　　　　　　　　　　　　　　　　　　100 Pine Street, Suite 1250
　　　　　　　　　　　　　　　　　　　　San Francisco, California 94111
　　　　　　　　　　　　　　　　　　　　Telephone: (415) 789-6390
　　　　　　　　　　　　　　　　　　　　Facsimile: (415) 449-6469
　　　　　　　　　　　　　　　　　　　　adam@gutridesafier.com
　　　　　　　　　　　　　　　　　　　　seth@gutridesafier.com
　　　　　　　　　　　　　　　　　　　　todd@gutridesafier.com
　　　　　　　　　　　　　　　　　　　　anthony@gutridesafier.com
　　　　　　　　　　　　　　　　　　　　marie@gutridesafier.com

Charles Ainsworth
State Bar No. 00783521
Parker Bunt & Ainsworth
100 E. Ferguson, Suite 1114
Tyler, Texas 75702
Telephone: (903) 531-3535
Facsimile: (903) 533-9687
charley@pbatyler.com

Attorneys for Plaintiff Innovative Automation LLC

**CERTIFICATE OF SERVICE**

I hereby certify that the all counsel of record, who are deemed to have consented to electronic service are being served August 25, 2015, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

*/s/ Charles Ainsworth*
CHARLES AINSWORTH