# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| INNOVATIVE AUTOMATION LLC,<br>　　　　　Plaintiff,<br>　v.<br>BAKER & TAYLOR, LLC,<br>　　　　　Defendant. | 2:15-cv-1335 – JRG-RSP LEAD |
| INNOVATIVE AUTOMATION LLC,<br>　　　　　Plaintiff,<br>　v.<br>DISNEY ONLINE INC.,<br>　　　　　Defendant. | Case No. 2:15-cv-1336-RG-RSP |

## ORDER

　　Came on for consideration Plaintiff Innovative Automation LLC's Motion to Dismiss Without Prejudice its claims against Defendant Disney Online, Inc.  Having carefully considered the Notice, the Court is of the opinion that the Motion should be GRANTED.

　　IT IS HEREBY ORDERED that all of Plaintiff's claims against Defendant Disney Online, Inc. are dismissed without prejudice.  The parties are to bear their own costs and expenses.

　　**SIGNED this 9th day of November, 2015.**

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　ROY S. PAYNE
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE